**SO ORDERED**
**Upon reconsideration, the court will accept the non compliant filings in this case. However, counsel is admonished to obtain the capability to comply with the administrative order.**

**Date signed August 30, 2004**

_____
DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### District Of Maryland

In re  Clay Adam Carlton  &  
Tracy Darlene Carlton  
Debtor

Case No. **04-24496 dk**

Chapter  7

### AFFIDAVIT STATING REASON FOR NON-COMPLIANCE

I HEREBY CERTIFY that I my office is not currently authorized to submit pleadings via ECF, I have not attended the training classes, nor are we capable of converting the Amended Matrix or any other documents to PDF format.

_____
Robert L. Allen, Esquire